HARRY REISER, Plaintiff, *v.* METROPOLITAN LIFE INSURANCE
COMPANY, Defendant.[*]

Municipal Court of New York, Borough of Manhattan, First District,
July 15, 1939.

*Bernard Botein* and *Edward Weinfeld* [*Edward Weinfeld* of counsel],
for the plaintiff.

*Tanner, Sillcocks & Friend* [*John A. Meyer* of counsel], for the
defendant.

GENUNG, J.   Action to recover disability payments under policy
of insurance, issued January 5, 1927.   The plaintiff was born on
October 6, 1897, in Austria, and according to the testimony was
born with club feet and when he was about a year old the tendon
of Achilles was stretched in order to improve the condition of the
club feet.   However, the operation evidently did not completely
correct the condition and in later years calcification of the bone
of the heel appeared, rendering it painful for plaintiff to walk.
The plaintiff claims that he became disabled on March 1, 1938,
but the testimony of all the doctors called by both sides, without
contradiction was to the effect that the condition which caused
the alleged disability originated long prior to the date of the policy.

The policy provides that it is to cover only such disability which
is the result of injury or disease " *occurring and originating after
the issuance of said policy.*"   All the doctors agreed that the con-
dition of which the plaintiff complains today is the result of his

---

[*] Affd., Sup. Ct., App. Term, First Dept., June 18, 1940 (no opinion).

being born with club feet and the manipulation or stretching of the Achilles tendon when he was about a year old. While the condition may not have made the plaintiff to be disabled until March 1, 1938, it was not the *disability*, but the *injury or disease* that must have occurred and originated after the issuance of the policy. Motion to set aside verdict and dismiss complaint granted.